UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-02124-MSK-CBS

MICHAEL SCANLAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FIRST STATE BANK OF COLORADO

Defendant.

## OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendant First State Bank of Colorado ("First State"), by and through its attorneys, Brown, Berardini & Dunning, P.C., while expressly denying liability and denying that any judgment entered as a result of this offer has preclusive effect in any litigation other than the instant case, offers to allow judgment to be entered against it and in favor of Plaintiff Michael Scanlan, within fourteen (14) days of the date of service of this Offer of Judgment upon him, in the amount of One Thousand Dollars ($1,000.00), representing statutory damages pursuant to 15 U.S.C. § 1693(m), plus his reasonable attorney fees and costs.

Respectfully submitted this 27th day of September, 2011.

BROWN, BERARDINI & DUNNING, P.C.

*s/ David C. Walker*
Brian J. Berardini, Reg. No. 10406
David C. Walker, Reg. No. 36551
Attorneys for First State Bank of Colorado
2000 S. Colorado Blvd., Tower 2, Ste 700
Denver, CO  80222
(303) 329-3363
bberardini@bbdfirm.com
dwalker@bbdfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2011, I served a true and accurate copy of the foregoing **OFFER OF JUDGMENT**, via the Court's CM/ECF filing system and U.S. First Class Mail, postage prepaid, to the following persons at the following addresses:

> L. Daniel Rector, Esq.
> 217 E. Fillmore St.
> Colorado Springs, CO 80907
>
> Michael T. Harrison, Esq.
> Harrison & Associates
> 25876 The Old Road, #304
> Stevenson Ranch, CA 91381

*s/ Jennifer L. Mellott*