## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02124-MSK-CBS

MICHAEL SCANLAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FIRST STATE BANK OF COLORADO,

Defendant.

---

## NOTICE OF REJECTION OF OFFER OF JUDGMENT

---

Plaintiff hereby rejects Defendant's Offer of Judgment in this class action matter, by and through his attorneys.   Defendant's attempt to "pick off" a class representative by making a Rule 68 offer that would satisfy Plaintiff's individual claim prior to filing a class certification motion does not moot the claims of the entire class or render the complaint moot.  In conclusion, this Court's jurisdiction to hear the motion for class certification is not extinguished by the Rule 68 offer of judgment to an individual Plaintiff.

See Lucero v. Bureau of Collection Recovery, Inc., U.S. Court of Appeals, Tenth Circuit Case No. 10-2122.

Respectfully submitted this 7th day of October, 2011.

*s/* Michael T. Harrison
Michael T. Harrison
Law Offices of Michael T. Harrison
25876 The Old Road, #304
Stevenson Ranch, CA  91381
(661) 257-2854
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of October, 2011, I electronically filed a
true and exact copy of the above and foregoing **REJECTION OF OFFER OF
JUDGMENT** with the Clerk of Court using the CM/ECF system which will send
notification of such filing to the following email addresses:

Brian J. Berardini, Reg. No. 10406
David C. Walker, Reg. No. 36551
Attorneys for First State Bank of Colorado
2000 S. Colorado Blvd., Tower 2, Ste 700
Denver, CO 80222
(303) 329-3363
bberardini@bbdfirm.com
dwalker@bbdfirm.com

*/s/ Heather Simpson*
Heather Simpson

2