IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-02124-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 7, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                                                 *Counsel:*

MICHAEL SCANLAN, individually and on             Michael Harrison *(by telephone)*
behalf of all others similarly situated,

      Plaintiff,

v.

FIRST STATE BANK OF COLORADO,                    David Walker

      Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:     9:16 a.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding serving discovery, experts, and Judge Krieger holding the Final Pretrial Conference.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:   **December 22, 2011**

Discovery Cut-off:   **February 17, 2012**

Plaintiff's Motion to Certify:  **December 23, 2011**

Dispositive Motions deadline:   **March 17, 2012**

Each party shall be limited to ten (10) depositions, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than January 14, 2012.**

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are**

**instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
The parties anticipate a 1-3 day jury trial.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:**     **9:30 a.m.**
Total time in court:    00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.